EEGAR J. HALL, Respondent, *v.* THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Appellant.

*Hall* v. *President, etc., D. & H. C. Co.,* 22 App. Div. 630, affirmed.
(Argued February 5, 1900; decided February 27, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 1, 1897, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Lewis E. Carr* for appellant.

*G. B. Wellington* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, CULLEN and WERNER, JJ. Not sitting: LANDON, J.

---

OLIVER M. ARKENBURGH, Individually and as Executor of the Last Will and Testament of ROBERT H. ARKENBURGH, Deceased, Appellant, *v.* JAMES WIGGINS, Trustee, et al., Impleaded with Others, Respondents.

*Arkenburgh* v. *Wiggins,* 13 App. Div. 96, affirmed.
(Submitted February 6, 1900; decided February 27, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 23, 1897, affirming a judgment sustaining demurrers to the complaint entered upon a decision of the court on trial at Special Term, and modifying and affirming as modified an order granting defendants an extra allowance.

*Robert F. Little* for appellant.

*Charles Edward Souther* for respondents.

Judgment and order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not sitting, CULLEN, J.